UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
**Judge Richard P. Matsch**

Civil Action No. 06-cv-01167-RPM

James Gonzales

        Plaintiff,

v.

Michael J. Astrue,
Commissioner of Social Security,

        Defendant.

_____

## ORDER
_____

THIS MATTER is before the Court on the Plaintiff's Unopposed Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. ' 2412(d), filed on February 12, 2008.

IT IS HEREBY ORDERED that the Motion is **GRANTED**. The Defendant is ordered to pay the amount of **$4,207.50** to Plaintiff's attorney, as assignee for Plaintiff, for attorney fees under the EAJA.

Dated: February 13th, 2008

        BY THE COURT:

        s/Richard P. Matsch
        _____
        RICHARD P. MATSCH, SENIOR DISTRICT JUDGE